February 10, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

### XUN HUANG AND YUYING DING, Appellants

NO. 14-15-00091-CV                               V.

### RAJESH DALAL, Appellee

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on October 29, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Xun Huang and Yuying Ding, jointly and severally.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.